ERIC GRANT
United States Attorney
MATTHEW NORWOOD
Special Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:25-po-00090-CDB |
| Plaintiff, | [Citation #09888033 CA/14] |
| v. | |
| OSCAR R. CASTANEDA, | MOTION AND [PROPOSED] ORDER FOR DISMISSAL WITHOUT PREJUDICE |
| Defendant. | |

The United States of America, by and through Eric Grant, United States Attorney, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, moves to dismiss this case in the interest of justice without prejudice.

DATED: November 26, 2025                                      Respectfully submitted,

ERIC GRANT
United States Attorney

By:   /s/ *Matthew H. Norwood*
MATTHEW H. NORWOOD
Special Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that the motion of the United States of America pursuant to Fed. R. Crim. P. 48(a) to dismiss this case without prejudice in the interest of justice is GRANTED.

Accordingly, this case is dismissed without prejudice.

IT IS SO ORDERED.

Dated: **December 2, 2025**

_____
UNITED STATES MAGISTRATE JUDGE